**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>HOWARD F GRIFFIN II<br>APRIL L BARTON GRIFFIN<br>Debtor(s) | Case No. 10-03934 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/01/2010.

2) The plan was confirmed on 03/18/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/18/2010, 03/18/2010, 03/18/2010, 03/31/2011, 04/05/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/04/2010, 11/09/2011, 08/15/2012.

5) The case was converted on 07/08/2014.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,667.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $24,623.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $24,623.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,474.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,382.20 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,856.20

Attorney fees paid and disclosed by debtor:   $1,026.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALEXIAN BROTHERS | Unsecured | 1,940.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 2,783.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 1,067.00 | NA | NA | 0.00 | 0.00 |
| ANNE SZPINDOR MD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| APARTMENT ARBOR LAKES | Unsecured | 1,810.00 | NA | NA | 0.00 | 0.00 |
| APARTMENT ARBOR LAKES | Unsecured | 525.00 | 2,334.69 | 2,334.69 | 0.00 | 0.00 |
| AT&T UVERSE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Unsecured | 35,825.34 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | NA | 1,801.62 | 2,001.62 | 1,890.83 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | 35,825.34 | 37,525.91 | 39,327.53 | 0.00 | 0.00 |
| BLUE CROSS BLUE SHIELD | Unsecured | 9,874.27 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 11,300.00 | 11,800.00 | 11,800.00 | 10,295.24 | 967.59 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 5,700.00 | 6,426.98 | 6,426.98 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 7,152.00 | 8,605.44 | 8,605.44 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,636.00 | 1,636.05 | 1,636.05 | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 46.00 | 126.68 | 126.68 | 0.00 | 0.00 |
| CHAMEON MACK | Priority | 11,000.00 | NA | NA | 0.00 | 0.00 |
| CHASE HEALTH ADVANCE | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| CHASE/PERSONAL LOAN CO | Unsecured | 4,684.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 1,575.00 | 2,138.79 | 2,138.79 | 0.00 | 0.00 |
| DAILY HERALD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| FAHEY MEDICAL CENTER | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Unsecured | 1,275.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JC PENNY | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JC PENNY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | NA | 8,757.46 | 8,757.46 | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HIGHLIGHTS FOR CHILDREN | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Unsecured | 3,526.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Unsecured | 2,661.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 324.00 | 15,296.28 | 15,296.28 | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | 3,784.51 | 3,784.51 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,800.00 | 963.68 | 963.68 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,962.55 | 1,962.55 | 0.00 | 0.00 |
| ISAC | Unsecured | 47,721.00 | 47,580.95 | 47,580.95 | 0.00 | 0.00 |
| JENKINS CHIROPRACTIC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| KIMBERLY WINFREY | Priority | 3,000.00 | NA | NA | 0.00 | 0.00 |
| MEA AEA | Unsecured | 14.40 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 2,782.00 | 3,576.81 | 3,576.81 | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 29.52 | NA | NA | 0.00 | 0.00 |
| NFP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 26.00 | 38.01 | 38.01 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 618.00 | 618.16 | 618.16 | 0.00 | 0.00 |
| PRC ACQUISITIONS V LLC | Unsecured | NA | 645.41 | 645.41 | 0.00 | 0.00 |
| READERS DIGEST | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| RETRIEVAL MASTERS CRED BUREAU | Unsecured | 24.84 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | 7,902.30 | 7,902.30 | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 1,275.00 | 1,275.12 | 1,275.12 | 0.00 | 0.00 |
| THE OAK CONDO ASSOC | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 4,794.00 | 4,831.34 | 4,831.34 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 2,825.00 | 2,819.29 | 2,819.29 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 472.00 | 944.00 | 944.00 | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS PC | Unsecured | 1.35 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | 500.00 | 227.75 | 227.75 | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | NA | 7,859.21 | 8,059.21 | 7,613.14 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Unsecured | 52,791.22 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | 95,000.00 | 147,525.58 | 155,384.79 | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 7,932.00 | 8,783.69 | 8,783.69 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 3,860.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1,281.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ARLINGTON HEIGHTS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ARLINGTON HEIGHTS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ARLINGTON HEIGHTS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PALATINE POLICE DEP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| WOMENCARE PC | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $194,712.32 | $0.00 | $0.00 |
| Mortgage Arrearage | $10,060.83 | $9,503.97 | $0.00 |
| Debt Secured by Vehicle | $11,800.00 | $10,295.24 | $967.59 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$216,573.15** | **$19,799.21** | **$967.59** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $19,080.79 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $963.68 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$20,044.47** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$111,231.47** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,856.20 |
| Disbursements to Creditors | $20,766.80 |
| **TOTAL DISBURSEMENTS** : | **$24,623.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/18/2014         By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**